UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| RENIERO FRANCISCO, | |
| Defendant. | |

11-26-2013

**Amended Order of Restitution**

13 Cr. 217 (DLC)

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, David I. Miller and Christopher D. Frey, Assistant United States Attorneys, of counsel; the Presentence Investigation Report; the Defendant's convictions on Counts One and Two of the above Indictment, 13 Cr. 217 (DLC); and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Reniero Francisco, the Defendant, shall pay restitution in the total amount of $9,255,181.11 to the victims of the offenses charged in Counts One and Two of the Indictment, 13 Cr. 217 (DLC). The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of defendant Abdul Walji, a/k/a "Abdul Valji," who is charged in Superseding Information S1 13 Cr. 217 (DLC). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his/her loss from all the restitution paid by the Defendant and Abdul Walji, a/k/a "Abdul Valji."

3. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
November 26, 2013

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2